IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN EDGAR WILLIAMS, IV,<br><br>Defendant. | Case No. 25-CR-197-JFH-1 |

## OPINION AND ORDER

Before the Court is a Motion Requesting Transcripts at Government Expense Under 28 U.S.C., 753(f) ("Motion") filed by Defendant John Edgar Williams, IV ("Defendant"). Dkt. No. 232.

The Motion is drafted and signed by Defendant. However, the Court notes that Defendant is represented by counsel who has not signed the Motion. *See* Dkt. No. 22, 23 (Robert Gifford appointed as Defendant's counsel). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible motion signed by counsel.

IT IS THEREFORE ORDERED that Defendant's Motion Requesting Transcripts at Government Expense Under 28 U.S.C., 753(f) [Dkt. No. 232] is DENIED WITHOUT PREJUDICE.

Dated this 8th day of December 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE