IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-CR-197-JFH-1 |
| JOHN EDGAR WILLIAMS, IV, | |
| Defendant. | |

## OPINION AND ORDER

Before the Court is a Objection to Joinder ("Objection") filed by Defendant John Edgar Williams, IV ("Defendant"). Dkt. No. 242.

The Objection is noted, but will not be ruled on by the Court, as it is drafted and signed only by Defendant. The Court notes that Defendant is represented by counsel, who has not signed the Objection. *See* Dkt. No. 22, 23 (Robert Gifford appointed as Defendant's counsel). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible filing signed by counsel.

IT IS SO ORDERED this 30th day of December 2026.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE