**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHN EDGAR WILLIAMS, IV,

      Defendant.

Case No.  25-CR-197-1-JFH

## OPINION AND ORDER

Before the Court is a Pro Se Notice of Objection to and Request to Modify Protective Order ("Motion") filed by Defendant John Edgar Williams, IV ("Defendant").  Dkt. No. 372.

The Motion is drafted and signed by Defendant.  However, the Court notes that Defendant is represented by counsel who has not signed the Motion.  *See* Dkt. No. 307 (Joseph P. Barrett appointed as Defendant's counsel).  The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document.  *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008).  This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible motion signed by counsel.

IT IS THEREFORE ORDERED that Defendant's Pro Se Notice of Objection to and Request to Modify Protective Order [Dkt. No. 372] is DENIED WITHOUT PREJUDICE.

Dated this 28th day of July 2026.

_____
JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE