**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> **v.** <br> **JOHN EDGAR WILLIAMS, IV,** <br> **Defendant.** | **Case No. 25-CR-197-JFH-1** |

## OPINION AND ORDER

Before the Court is the Motion to Sever ("Motion") filed by Defendant John Williams, IV. Dkt. No. 414. For the reasons set forth below, the Motion is GRANTED.

The Government filed its first Indictment against Williams and seven other codefendants on June 3, 2025. Dkt. No. 2. The Court declared this case complex on July 9, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). Dkt. No. 161. The operative indictment is the Third Superseding Indictment filed on February 3, 2026. Dkt. No. 269. The Defendants' joint trial is currently set for December 7, 2026.

Based on the representations of counsel at the pretrial conference on November 12, 2026, the Court finds that a severance is justified and warranted. Furthermore, in addition to considering Williams' interests, the Court has considered the public's interest in the speedy resolution of criminal cases, as well as the interest of judicial economy, and finds that a limited ends of justice continuance is warranted and will not subvert the public's interest in the prompt prosecution of this criminal matter. Thus, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the ends of justice dictate that the period of delay shall be excludable in computing the time from which the indictment was filed and the time within which the trial of this action must commence.

IT IS THEREFORE ORDERED that the Motion filed at Dkt. No. 414 is GRANTED. Williams' jury trial shall be SEVERED from his codefendants'. Furthermore, his jury trial set for December 7, 2026 at 8:45 a.m. is stricken. The following amended scheduling order for trial is hereby entered:

| | | |
|---|---|---|
| Joint status report regarding production of discovery filed: | 12/3/2026 | |
| Pretrial conference: | 12/31/2026 | at 9:30 a.m. |
| Voir dire, jury instructions, stipulations, & trial briefs filed: | 1/15/2027 | |
| Witness and exhibit lists exchanged between counsel and emailed to courtroom deputy (do not file): | 1/21/2027 | by 4:00 p.m. |
| Three hard-copy exhibit binders delivered to Court: | 1/21/2027 | by 4:00 p.m. |
| Jury trial: | 1/25/2027 | at 8:45 a.m. |

Due to the Court's multi-district caseload, this schedule is relatively inflexible.

Pursuant to LCrR 47-2, any response shall be filed within seven days of any motion's filing. Replies are not permitted without leave of Court. If leave is granted, replies shall be limited to five pages.

Only one omnibus motion in limine per party and one motion to suppress per defendant is permitted without leave of Court.

The Court shall summarily deny without prejudice any motion that does not comply with LCrR 47-4, which requires a motion state on the first page whether or not it is opposed and, if opposed, state whether concurrence was refused or explain why concurrence could not be obtained.

The parties should meet and confer in good faith to discuss any stipulations that would streamline the issues at trial. Any stipulations agreed to should be submitted by the date listed.

If the parties anticipate a lengthy pretrial/motion hearing, they are directed to promptly contact the Courtroom Deputy and the hearing will be reset.

If the parties anticipate a plea of guilty, they are directed to promptly contact the Courtroom Deputy and a change of plea hearing (separate from the pretrial docket call) will be set. The parties must provide a petition to enter plea of guilty and any plea agreement (if applicable) to the Court and file any superseding information (if applicable) at least three business days prior to the change of plea hearing.

The parties are encouraged to review the Court's Criminal Guidelines.

IT IS FURTHER ORDERED that the time from December 7, 2026, inclusive, to January 25, 2027, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 13th day of November 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE